UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **CHARLES B. BONNER,** Individually and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **PREMIUM CONNECTION SERVICES, INC. and DAREL BLOHM,** <br><br> **Defendants.** | Case No. 2:20-CV-00271-DBT <br><br> **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)** |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Defendant Premium Connection Services, Inc. and Darel Blohm ("Defendant") and Plaintiff Charles Bonner ("Plaintiff"), by and through their counsel, hereby stipulate to the following:

*WHEREAS*, on July 12, 2021, Plaintiff filed a lawsuit against Defendant in this Court alleging a collective action for failure to pay overtime under the Fair Labor Standards Act ("FLSA").

*WHEREAS*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective undersigned counsel, stipulate to the dismissal of Plaintiff's claims *with prejudice* in light of the parties' settlement of his claims.

IT IS SO STIPULATED.

DATED: August 5, 2022

Respectfully Submitted,
SHELLIST | LAZARZ | SLOBIN LLP

By: */s/Ricardo J. Prieto*
Ricardo J. Prieto
*Counsel for Plaintiff Charles Bonner, on Behalf of Himself and on Behalf of All Others Similarly Situated*

DATED: August 5, 2022                    Respectfully Submitted,
                                         ANDERSON ALEXANDER, PLLC

                                         By:   */s/Carter T. Hastings*
                                               Carter T. Hastings
                                               *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system with the court. The CM/ECF filing system will send notice of this filing to all counsel of record.

                                                */s/ Ricardo J. Prieto*
                                                Ricardo J. Prieto